**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7290**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONALD FLOYD JACKSON,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  C. Weston Houck, District Judge. (CR-90-254, CA-98-2129-4-12)

———————

Submitted:  January 17, 2002          Decided:  January 28, 2002

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ronald Floyd Jackson, Appellant Pro Se.  William Earl Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald Floyd Jackson appeals from the district court's order declining to recuse itself from consideration of Jackson's otherwise closed 28 U.S.C.A. § 2255 (West Supp. 2001) motion, and denying Jackson's successive motion for relief. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. <u>United States v. Jackson</u>, Nos. CR-90-254; CA-98-2129-4-12 (D.S.C. July 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2